**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300, White Plains, NY 10601
Tel: (914) 428-7124   Fax: (914) 948-5109

Barry D. Leiwant
*Interim Executive Director*
*and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 28, 2024

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    **United States v. John McCallum, Jr.**
              **05-Cr-00597 (NSR) -02**

Dear Honorable Román:

    I am writing, jointly with the Government and Probation, to ask that Your Honor please postpone Mr. McCallum's upcoming conference. As background, Mr. McCallum appeared before Your Honor in January after Probation filed a VOSR petition alleging that Mr. McCallum had violated the terms of his supervised release by getting arrested in Rockland County in November, 2023. That matter is still pending and the parties jointly believe that a sixty-day adjournment would be appropriate to allow the Rockland matter to proceed.

    Thank you for your consideration of this request.

                                    Sincerely,

                                    /s/

                                  Benjamin Gold
                                  Assistant Federal Defender

cc:    A.U.S.A Ryan Allison
        Probation Officer Claire Francisco

**In light of the pending underlying matter, the parties' joint request to adjourn the in-person VOSR Status Conf. from Apr. 3, 2024 until June 12, 2024 at 12:30 pm is GRANTED. Clerk of Court is requested to terminate the motion at ECF No. 84.**
**Dated: White Plains, NY**
          **March 29, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/29/2024