**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

September 9, 2024

**BY ECF AND EMAIL**
Honorable Nelson S. Román
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. John McCallum, Jr.*, No. 05 Cr. 597 (NSR)-02

Dear Judge Román:

The Government writes respectfully, with the consent of the defendant and the U.S. Probation Office, to request a sixty-day adjournment of the next status conference in this violation of supervised release matter, which is currently scheduled for September 17, 2024, at 11:00 a.m. The defendant appeared before Your Honor in January 2024 after Probation filed a VOSR petition alleging that he had violated the terms of his supervised release in connection with a state criminal case pending in Rockland County. The Rockland County matter is still pending, and the parties jointly believe that a sixty-day adjournment would be appropriate to allow that matter to proceed.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/
Ryan W. Allison
Assistant United States Attorney
Tel: 212-637-2474

cc:   Ben Gold, Esq. (via ECF and Email)
Claire Francisco, U.S. Probation Officer (via ECF and Email)

---

**In light of the underlying ongoing matter, the Govt's request to adjourn the Sept. 17, 2024 VOSR Interim Conf. is GRANTED on consent by Deft. and Probation. The Sept. 17, 2024 VOSR Interim Conf. is adjourned to Nov. 22, 2024 at 11:30 am. Clerk of Court is requested to terminate the motion at ECF No. 90.**

**Dated: September 9, 2024**        SO ORDERED:
**White Plains, NY**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/09/2024