UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

                 USA,

            - against -

JOHN MCCALLUM, JR.,

                     Defendant(s).

-------------------------------------------------------x

**RESCHEDULING ORDER**

05 CR 597-02 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

In light of the Court's scheduling conflict, the in-person VOSR Conference scheduled for November 22, 2024, is hereby

**ORDERED rescheduled, without objection by the parties, to December 6, 2025 at 2:30 pm.**

Dated:      White Plains, New York
             November 19, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/19/2024__